**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-211(2) MJD/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| ERIC DION DAVIS, | |
| Defendant. | |

Jeffrey S. Paulsen, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Stephen W. Walburg, Esq., for the defendant, Eric Dion Davis.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 15, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Eric Dion Davis' Motion to Suppress Evidence Obtained as a Result of Search and Seizure and Unlawful Arrest is **denied** [Docket No. 44].

Dated: September 8, 2006

                                                       s/ Michael J. Davis
                                                       Michael J. Davis
                                                       United States District Court Judge