UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                          ORDER
                                          Crim. No. 06-211(2)(MJD/AJB)

Eric Dion Davis,

    Defendant.

_____

    This matter is before the Court upon Defendant's *pro se* motion to dismiss for ineffective assistance of counsel. The Court has reviewed Defendant's submission and the record, files and proceedings herein. Based on that review,

    IT IS HEREBY ORDERED that the Defendant's *pro se* motion to dismiss for ineffective assistance of counsel [Doc. No. 96] is DENIED.

Date: December 18, 2006

                                                      s / Michael J. Davis
                                                      Michael J. Davis
                                                      United States District Court